UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE AUGUSTE, : | |
| : | |
| Petitioner, : | |
| : | |
| V. : | CASE NO.  3:01CV1157 (RNC) |
| : | |
| IMMIGRATION AND NATURALIZATION : | |
| SERVICE, ET AL., : | |
| : | |
| Respondents. : | |

ORDER

The court has reviewed petitioner's Order to Show Cause [doc.10].  It appears pro se petitioner's pleading is a new habeas petition and will be treated as such.

Accordingly, petitioner is hereby ordered to submit the required filing fee of $5.00 on or before February 14, 2005.

The Clerk's Office is directed to open a new action with direct assignment to the undersigned.  A certified copy of petitioner's order to show cause [doc. 10] will be placed in the previously filed case number 3:01CV1157(RNC).

So ordered.

Dated at Hartford, Connecticut this ____ day of January 2005.

                                                                                                           /s/RNC
                                                   Robert N. Chatigny
                                            United States District Judge